**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VALENTE VW-SUZUKI, INC., D/B/A VOLKSWAGEN OF MYSTIC | : | CASE NO. |
| Plaintiff, | : | |
| V. | : | |
| VOLKSWAGEN GROUP OF AMERICA, INC., D/B/A VOLKSWAGEN OF AMERICA, INC. | : | |
| Defendant. | : | APRIL 12, 2024 |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant, Volkswagen Group of America, Inc., d/b/a Volkswagen of America, Inc.

Dated: April 12, 2024

Respectfully submitted,

VOLKSWAGEN GROUP OF AMERICA, INC.,
D/B/A VOLKSWAGEN OF AMERICA, INC.

*/s/ Brian T. Henebry* (ct10002)
Brian T. Henebry, Esq.
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06702
Direct: 203-575-2601
Fax: 203-575-2600
bhenebry@carmodylaw.com

*Attorney for Defendant*
Volkswagen Group of America, Inc.,
d/b/a Volkswagen of America, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Appearance will immediately be served this day, April 12, 2024, by email, and that the below attorney or law firm appearing for the plaintiff in the Connecticut Superior Court action agreed in writing to accept papers (service) electronically:

Richard S. Cody
Laura A. Raymond, Esq.
Suisman Shapiro Attorneys at Law
PO Box 1591
New London, CT 06320
Tel. (860) 442-4416
Fax. (860) 442-0495
rcody@sswbgg.com
lraymond@sswbgg.com

And by email and First-class mail to:

Richard N. Sox
Jason T. Allen
Danielle M. Roth
Nicholas A. Bader
BASS SOX MERCER
2822 Remington Green Circle
Tallahassee, FL 32308
Tel. (850) 878-6404
Fax. (850) 942-4869
rsox@bsm-law.com
jallen@bsm-law.com
droth@bsm-law.com
nbader@bsm-law.com

By: /s/ *Brian T. Henebry*
Brian T. Henebry